# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154358(65)

STEVEN ILIADES and JANE ILIADES,
           Plaintiffs-Appellees,

v

DIEFFENBACHER NORTH AMERICA, INC.,
           Defendant-Appellant.
_____/

SC: 154358
COA: 324726
Oakland CC: 12-129407-NP

       On order of the Chief Justice, the motion of the Michigan Association for Justice to file a late amicus curiae brief is GRANTED. The amicus brief submitted on October 18, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



Clerk